# UNITED STATES DISTRICT COURT
# WESTER DISTRICT OF TENNESSEE
# WESTERN DIVISION

**LEXINGTON ASSET MANAGEMENT (TN) LLC
and 1437 CENTRAL HOLDINGS, LLC**,

    Plaintiffs,

v.  No.

**CERTAIN UNDERWRITERS AT LLOYD'S
SUBSCRIBING TO N17NA19000**;
**SWISS RE CORPORATE SOLUTIONS
CAPACITY INSURANCE CORPORATION**
f/k/a FIRST SPECIALTY INSURANCE
CORPORATION;

**SCOTTSDALE INSURANCE COMPANY**
d/b/a NATIONWIDE E&S; and

**NAVIGATORS SPECIALTY INSURANCE
COMPANY, INC.**,

    Defendants.

## CONSENT TO REMOVAL

Defendants Certain Underwriters at Lloyd's London Subscribing to N17NA190000; Swiss Re Corporate Solutions Capacity Insurance Corporation f/k/a First Specialty Insurance Corporation; and Navigators Specialty Insurance Company, Inc., by and through counsel, hereby consent to removal of this case from the Chancery Court of Shelby County, Tennessee to the United States District Court for the Western District of Tennessee, Western Division.

38202-240151 (RER)

|   |   |
|---|---|
| Date: February 26, 2024. | *s/ Cory R. Miller* |

Parks T. Chastain (BPR #13744)
Cory R. Miller (BPR #34770)
Brewer, Krause, Brooks, Chastain & Meisner PLLC
545 Mainstream Drive, Suite 101
Nashville, Tennessee 37228
(615) 630-7717
pchastain@bkblaw.com
cmiller@bkblaw.com

***Attorneys for Defendants Certain Underwriters at Lloyd's London Subscribing to N17NA190000; Swiss Re Corporate Solutions Capacity Insurance Corporation f/k/a First Specialty Insurance Corporation; and Navigators Specialty Insurance Company, Inc.***

2